No. 94–715. HALL v. GRAYSON. C. A. 6th Cir. Certiorari denied.

No. 94–716. SCHEIDLER ET AL. v. DELAWARE WOMEN'S HEALTH ORGANIZATION, INC., ET AL.; and

No. 94–718. MIGLIORINO (MILLER) v. DELAWARE WOMEN'S HEALTH ORGANIZATION, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–719. BIRKBECK, PERSONAL REPRESENTATIVE OF THE ESTATE OF BIRKBECK, DECEASED, ET AL. v. MARVEL LIGHTING CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–725. LIABILITY INVESTIGATIVE FUND EFFORT, INC., ET AL. v. MASSACHUSETTS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 94–731. LAKE COUNTY, INDIANA v. MYERS ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–733. JONES v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–737. O'LEARY v. COUNTY OF SACRAMENTO. C. A. 9th Cir. Certiorari denied.

No. 94–738. CITY OF NEW HAVEN ET AL. v. KUNTZ. C. A. 2d Cir. Certiorari denied.

No. 94–739. ROKKE v. ROKKE. Ct. App. Wash. Certiorari denied.

No. 94–744. REEL PIPE & VALVE CO., INC., ET AL. v. CONSOLIDATED CITY OF INDIANAPOLIS-MARION COUNTY ET AL. Ct. App. Ind. Certiorari denied.

No. 94–750. QUANTUM CHEMICAL CORP. ET AL. v. WULF ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–755. CHANOFF ET AL. v. UNITED STATES SURGICAL CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–767. WEXFORD ASSOCIATES, INC., ET AL. v. ATKISSON ET UX. Sup. Ct. Va. Certiorari denied.